**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6866

HENRY BABATUNDE SONOWO,

Petitioner - Appellant,

versus

GEORGE SNYDER; FEDERAL BUREAU OF PRISONS;
U.S. IMMIGRATION & NATURALIZATION SERVICE;
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

Respondents - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CA-04-135-5-BO)

Submitted: August 26, 2004          Decided: September 3, 2004

Before WIDENER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Henry Babatunde Sonowo, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Henry Babatunde Sonowo appeals the district court's order denying his petition for writ of mandamus in which he requested that the district court direct action by the Defendants to commence his deportation hearing and to complete the statutory administrative process. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Sonowo v. Snyder, No. CA-04-135-5-BO (E.D.N.C. Apr. 26, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED